## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ELVIN TURNER,
Appellant,
vs.
LAW LIBRARY NDOC; H.D.S.P.;
CANTEEN; AND THE STATE OF
NEVADA,
Respondents.

No. 66869

**FILED**

FEB 0 3 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order of the district court affirming a judgment of the justice court. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, sec. 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

---

[1]In light of this disposition, all pending motions are denied as moot.

16-03624

cc: Hon. Elissa F. Cadish, District Judge
John Elvin Turner
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A